IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY T. SWEENEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:15cv68-WHA |
| | ) |
| | ) (wo) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, MARGARET TAYLOR-ALLEN, individually and in her official capacity as Superintendent of Montgomery County Board of Education, LESA KEITH, ELEANOR LEWIS DAWKINS, MELISSA B. SNOWDEN, MARY BRIERS, BEVERLY ROSS, W. DURDEN DEAN, and ROBERT PORTERFIELD, in their individual and official capacities as Board Members of the Montgomery County Board of Education. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on a Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #16).

Upon reviewing the Motion, and reviewing the terms of the Settlement Agreement and Release of all Claims filed with the court (Doc. #17), this court is of the opinion that there are bona fide disputes over provisions of the Fair Labor Standards Act, 29 U.S.C. §201, and that the settlement is a fair and reasonable resolution of such bona fide disputes and should be approved by this court.  *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Therefore, it is hereby ORDERED as follows:

1. The Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. #16), is GRANTED.

     2.   This case is DISMISSED with prejudice, in its entirety, with each party will bear its or their own costs.

     3.   The court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

Done this 31st day of July, 2015.

     /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE